UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMCOR FLEXIBLES SINGEN GMBH, | ) |
| | ) |
| Plaintiff, | ) Court No. 16-00031 |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the Summons.

2. The stipulable imported merchandise covered by the entries set forth on Schedule A consists of flexible packaging materials.

3. This imported merchandise was classified by U.S. Customs and Border Protection or its predecessors as "Other plates, sheets, film, foil and strip, of plastics: Other: Other: Flexible: Other" under Harmonized Tariff Schedule of the United States ('HTSUS') subheading 3921.90.40.

4. The stipulable imported merchandise identified in Schedule A is classifiable as backed aluminum foil under HTSUS subheading 7607.20.50.

5. The imported merchandise, covered by the entries set forth on that attached Schedule A, is stipulable in accordance with this agreement.

*Stipulated Judgment, Court No. 16-00031*                  Page 2

6. Any refunds payable by reason of this judgment are to be paid with interest provided for by law.

7. All other claims and non-stipulable entries are abandoned.

8. Each party agrees to bear its own attorney fees, related litigation expenses, and costs.

Respectfully submitted,

By: Wm. Randolph Rucker
Faegre Drinker Biddle & Reath
LLP Attorneys for Plaintiff
320 South Canal Street, Suite 3300
Chicago, IL 60606
Phone: (312) 569-1157

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

By: JUSTIN R. MILLER  1/30/26
Attorney in Charge
International Trade Field Office

EDWARD F. KENNY  1/30/2026
Senior Trial Counsel
Civil Division, Dept. of Justice
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Attorneys for Defendant
Tel No: (212) 264-0480

*Stipulated Judgment, Court No. 16-00031* *Page 3*

**IT IS HEREBY ORDERED** that this action is decided and this final judgment is to be entered by the Clerk of this Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

Date: _____           _____
      New York, New York                              Judge

SCHEDULE OF MATERIALS: COURT NO. 16-00031

## SCHEDULE A
## TO STIPULATED JUDGMENT FOR COURT NO. 16-00031

The following stipulated Material No. is to be reliquidated under HTSUS subheading 7607.20.50 at a duty rate of *Free (0.0%)*.

**PORT OF ENTRY: PHILADELPHIA**

| Protest No. | Entry No. | Product No. | Product Description |
|---|---|---|---|
| 1101-15-100154 | U5241032338 | 3338820 | OPA 25 micron/Aluminum 45-micron bright side with drying agent |